IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JULIO CESAR TORRES LEE,
2.     JESUS ADAIN GIRON VEGA,
3.     AGUSTIN MENDEZ-SOLORIO,
4.     VICTOR OMAR BALANDRAN-RAMIREZ,
5.     AGUSTIN AGUIRRE-RAMIREZ,
6.     JESUS GOMEZ-VALDIVIA,
7.     CESAR A. MONTES-DOMINGUEZ,
8.     CARLOS GUILLERMO UGARTE-GOMEZ,
9.     JOE OTHON AVILA,
10.     ISAIAS CAST ANON-GONZALEZ, and
11.     RAUL AGUIRE-CORONADO,

    Defendants.
_____

## ORDER GRANTING MOTION FOR LEAVE TO RESTRICT CASE
_____

This matter comes before the Court on the Government's Motion to Restrict filed February 8, 2012 (ECF No. 14), wherein the Government asks this Court to restrict the above referenced case. Upon consideration of the Motion the Court ORDERS as follows:

The Government's motion is GRANTED. The above referenced case is hereby RESTRICTED and the documents filed in this case are SEALED until the arrest of the first defendant in this action.

Dated this 9th day of February, 2012.

BY THE COURT:

William J. Martínez
United States District Judge