**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Case No. 12-cr-0054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **JULIO CESAR TORRES LEE,**
2.    **JESUS ADAIN GIRON VEGA,**
3.    **AGUSTIN MENDEZ-SOLORIO,**
4.    **VICTOR OMAR BALANDRAN-RAMIREZ,**
5.    AGUSTIN AGUIRRE-RAMIREZ,
6.    **JESUS GOMEZ-VALDIVIA,**
7.    **CESAR A. MONTES-DOMINGUEZ,**
8.    **CARLOS GUILLERMO UGARTE-GOMEZ,**
9.    **JOE OTHON AVILA,**
10.   **ISAIAS CAST ANON-GONZALEZ, and**
11.   **RAUL AGUIRE-CORONADO**,

    Defendants.

---

### ORDER VACATING DEADLINES AND SETTING STATUS CONFERENCE

---

On March 8, 2012, the Court held a hearing on the Government's Unopposed Motion to Declare Case Complex. (ECF No. 89.) For the reasons stated on the record, the Motion was GRANTED, and the Court has ordered that the time between yesterday's hearing and July 6, 2012 is excluded from the Speedy Trial Clock pursuant to 18 U.S.C. 3161(h)(7)(A). Accordingly, the Court ORDERS as follows:

1.    All deadlines set forth in the February 16, 2012 Order Setting Trial Date and Related Deadlines (ecf No. 80) are VACATED, including the March 12, 2012 deadline for pretrial motions, the April 2, 2012 Final Trial Preparation

Conference, and the ten-day jury trial set to commence on April 16, 2012;

2. A status conference to discuss discovery and scheduling matters is set for **June 28, 2012 at 9:30 a.m.** in Courtroom A801. Each attorney is expected to attend unless prior permission is sought in accordance with the Court's Order on Procedures.

Dated this 9th day of March, 2012.

BY THE COURT:

William J. Martínez
United States District Judge