IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: September 26, 2012 |
| Court Reporter: Gwen Daniel | Probation: Gary Kruck |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No. 12-cr-00054-WJM-7        <u>Counsel:</u>

UNITED STATES OF AMERICA,                    Michele Korver

    Plaintiff,

v.

7. CESAR MONTES-DOMINGUEZ,                   Clifford Barnard

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:03 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the Interpreter.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Korver

Sentencing Statement by Mr. Barnard

1

The defense withdraws the objections to the Presentence Investigation Report.

**ORDERED: The defendant's objections to the Presentence Investigation Report are WITHDRAWN.**

Court's comments

**ORDERED: There being no objection to the Government's Motion for Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a)and(b), (ECF No. 263), the Motion is GRANTED.**

Court's comments

**ORDERED: There being no objection the United States' Motion to Dismiss Count One of the Superseding Indictment as to Defendant 7. Cesar Montes-Dominguez (ECF No. 264), the Motion is GRANTED.**

**Count One of the Superseding Indictment as well as all counts of the original Indictment as to Defendant No. 7, Cesar Montes-Dominguez are DISMISSED.**

Court's comments

02:14 - 02:15 Bench conference

**ORDERED: The United States' §5k1.1 Motion for Downward Departure Based on Substantial Assistance (ECF No. 262) is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count Nine of the Superseding Indictment and admitted to the criminal forfeiture allegation in the Superseding Indictment on July 12, 2012.

**ORDERED: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Cesar A. Montes-Dominguez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of TIME SERVED.**

**ORDERED: Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from either the custody of the Bureau of Prisons, or the Bureau of Customs Enforcement, whichever date is**

**later, the defendant shall report in person to the probation office in the district to which the defendant is released.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

02:33 p.m.  Court in Recess
Hearing concluded
Time: 30 minutes