IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 12-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CESAR A. MONTES-DOMINGUEZ,

    Defendant.

## ORDER

PURSUANT to and in accordance with the Order entered by the Honorable Judge William J. Martínez, it is

ORDERED that Defendant Cesar A. Montes-Dominguez is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 26th day of September, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge