IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: April 12, 2013 |
| Court Reporter: Gwen Daniel | Probation: Gary Burney |
| | Interpreter: Cathy Bahr |

_____

Criminal Action No. 12-cr-00054-WJM-4      <u>Counsel:</u>

UNITED STATES OF AMERICA,      Michele Korver

    Plaintiff,

v.

4. VICTOR OMAR BALANDRAN-      Richard Stuckey
RAMIREZ,

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:00 p.m.     Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Korver

1

Sentencing Statement by Mr. Stuckey

**ORDERED:** There being no objection to the motion, the United States Motion For Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) and (b) (ECF No. 403) is GRANTED.

**ORDERED:** There being no objection to the motion, the United States Motion to Dismiss Count 1 of the Superseding Indictment, as well as all Counts of the Original Indictment, as to Defendant Balandran-Ramirez (ECF No. 404), is GRANTED.

**ORDERED:** The United States §5K1.1 Motion For Downward Departure Based On Substantial Assistance (ECF No. 402) is GRANTED IN PART.

Defendant's Allocution

Defendant plead guilty to Count Five of the Superseding Indictment and admitted to the forfeiture allegation on September 27, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Victor Omar Balandran-Ramirez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served.**

**Defendant's custodial sentence has been satisfied as of the date of sentencing.**

**The Bureau of Prisons is directed to release the defendant to the custody of the United States Immigration and Customs Enforcement as soon as practicable, but in no event later than one week from today, April 19, 2013.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.**

**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5) because it is likely that the defendant will be removed from this country at the conclusion of his custodial sentence.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED: The following special condition of supervised release are imposed:**

    **1)    If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States probation office within 72 hours of his return.**

**The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment.**

**Pursuant to Rule 32.2 of the Fed. Rules of Crim. P., the defendant's admission to the forfeiture allegation in the Superseding Indictment, and as stipulated to in the Plea Agreement, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense.**

Pursuant to the Plea Agreement, the defendant waived his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

To the extent the defendant retained a right to file an appeal, the Court advises him of his appeal rights.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

03:34 p.m.    Court in Recess
                  Hearing concluded
                  Time: 34 minutes