IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Action No. 12-cr-00054-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4. VICTOR OMAR BALANDRAN-RAMIREZ,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Order entered by Judge William J. Martínez, it is

    ORDERED that Defendant Victor Omar Balandran-Ramirez, is sentenced to TIME SERVED.

    DATED: April 12, 2013

BY THE COURT:

_____
Judge William J. Martínez
United States District Judge