# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Criminal Action No. 12-cr-0054-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JULIO CESAR TORRES LEE,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having reviewed the Motion and finding good cause, and being fully advised hereby GRANTS the Government's motion (ECF No. 421) and FINDS as follows:

1. That the United States and Defendant Julio Cesar Torres Lee have entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. §§ 853 and 881 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2. That the requisite nexus exists between Defendant's 2009 Ford F150, vehicle identification number 1FTRF12W89KB25939 and the violations defendant Julio Cesar Torres Lee has pleaded guilty to.

3. That prior to the disposition of the asset, the United States, or its designated sub-custodian, is required to seize the forfeited property and

provide notice to any third parties pursuant to 21 U.S.C. ' 853(n).

It is therefore ORDERED that the Defendant Julio Cesar Torres Lee's interest in the following:

1. That the 2009 Ford F150, vehicle identification number 1FTRF12W89KB25939, is forfeited to the United States in accordance with 21 U.S.C. §§ 853 and 881. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

2. That the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

3. That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

4. That upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. §§ 853 and 881, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed;

5. That the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P.

32.2(e)(1);

6. That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

Dated this 10th day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge