**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-0054-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JULIO CESAR TORRES LEE,

    Defendant.

---

## FINAL ORDER OF FORFEITURE

---

    This matter comes before the Court on the United States' Motion for Final Order of Forfeiture, filed July 25, 2013 (ECF No. 451). The Court having reviewed the Motion and being fully advised hereby GRANTS the Motion and FINDS as follows:

    THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Superseding Indictment returned on June 19, 2012;

    THAT a Preliminary Order of Forfeiture was entered on May 10, 2013;

    THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

    THAT no Petition for Ancillary Hearing has been filed by any petitioner, and the time for so doing has expired;

    THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

    IT IS HEREBY ORDERED

THAT judgment of forfeiture of defendant Lee's 2009 Ford F150, vehicle identification number 1FTRF12W89KB25939 shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited 2009 Ford F150, vehicle identification number 1FTRF12W89KB25939 and may dispose of it in accordance with law.

Dated this 25th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge